Submitted on record and briefs February 7, vacated in part; remanded for resentencing; otherwise affirmed March 6, 2003

STATE OF OREGON,
*Respondent,*

*v.*

RONALD W. BARTLEY,
*Appellant.*

01-6111; A115604

64 P3d 582

Steven D. Gerttula submitted the brief for appellant.

Holly A. Vance, Assistant Attorney General, submitted the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Kistler and Schuman, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals from a conviction for interfering with making a report, ORS 165.572. He was acquitted of fourth-degree assault and harassment. The trial court sentenced him to 18 months' bench probation, including 10 days on the Clatsop County work crew, and imposed a $5,000 compensatory fine. He assigns error to the imposition of the fine on the ground that there was no causal connection between the offense for which he was convicted and the victim's injuries. The state concedes error, and we agree.

Defendant's other assignment of error does not require discussion.

Compensatory fine vacated; remanded for resentencing; otherwise affirmed.